1  STEPHENSON, ACQUISTO & COLMAN
2  MELANIE JOY YOUNG (STEPHENSON), ESQ. (SBN 113755)
   BARRY SULLIVAN, ESQ.          (SBN 136571)
3  RICHARD A. LOVICH, ESQ.       (SBN 113472)
4  MICHAEL S. ROBINSON, ESQ.     (SBN 217190)
   303 N. Glenoaks Blvd., Suite 700
5  Burbank, CA 91502

6  Telephone:  (818) 559-4477
7  Facsimile:  (818) 559-5484

8  Attorneys for Plaintiff
9  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public
   benefit corporation, on behalf of the University of California, San
10 Francisco Medical Center

11 **(No Filing Fee Per Cal. Gov't Code § 6103)**

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISCTRICT OF CALIFORNIA**
14

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public benefit corporation, on behalf of the University of California, San Francisco Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL MEDICAL GROUP, INC., an Indiana for-profit corporation; and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No.:   4:12-cv-00048-YGR<br><br>Judge:   Yvonne Gonzalez Rogers<br><br>**ORDER <u>DENYING</u> PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE CMC**<br><br>DATE:   April 30, 2012<br>TIME:   2:00 p.m.<br>PLACE:   Ronald V. Dellums Federal Building, 1301 Clay Street, #300, Oakland, CA 94612<br><br>Complaint Filed: November 10, 2011 [San Francisco County Superior Court Case No. CGC-11-515858]<br><br>Trial Date: Not Yet Set |

9975                              - 1 -     ORDER DENYING PLAINTIFF'S REQUEST FOR
                                             TELEPHONIC APPEARANCE AT THE CMC

1  On April 20, 2012, Plaintiff filed a Request for Telephonic Appearance at the Case Management Conference scheduled for April 30, 2012.  (Dkt. No. 17.)  Plaintiff's request is **DENIED**.  The Court intends this to be a substantive conference.  Lead trial counsel for both parties must appear.

**IT IS SO ORDERED**.

Dated:  April 23, 2012  _____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE