STEPHENSON, ACQUISTO & COLMAN
MELANIE JOY YOUNG (STEPHENSON), ESQ. (SBN 113755)
BARRY SULLIVAN, ESQ.          (SBN 136571)
RICHARD A. LOVICH, ESQ.       (SBN 113472)
MICHAEL S. ROBINSON, ESQ.     (SBN 217190)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public benefit corporation, on behalf of the University of California, San Francisco Medical Center

**(No Filing Fee Per Cal. Gov't Code § 6103)**

# UNITED STATES DISTRICT COURT

# NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public benefit corporation, on behalf of the University of California, San Francisco Medical Center,<br><br>    Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL MEDICAL GROUP, INC., an Indiana for-profit corporation; and DOES 1 THROUGH 25, inclusive,<br><br>    Defendants. | Case No.:   4:12-cv-00048-YGR<br><br>Judge:  Yvonne Gonzalez Rogers<br><br>**ORDER <u>DENYING</u> PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE CMC**<br><br>DATE:    April 30, 2012<br>TIME:    2:00 p.m.<br>PLACE:   Ronald V. Dellums Federal Building, 1301 Clay Street, #300, Oakland, CA  94612<br><br>Complaint Filed: November 10, 2011<br>[San Francisco County Superior Court Case No. CGC-11-515858]<br><br>Trial Date: Not Yet Set |

1
2
3
4

On April 20, 2012, Plaintiff filed a Request for Telephonic Appearance at the Case Management Conference scheduled for April 30, 2012. (Dkt. No. 17.) Plaintiff's request is **DENIED**. The Court intends this to be a substantive conference. Lead trial counsel for both parties must appear.

**IT IS SO ORDERED**.

Dated:  April 23, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE