1    STEPHENSON, ACQUISTO & COLMAN
2    MELANIE JOY YOUNG (STEPHENSON), ESQ. (SBN 113755)
     BARRY SULLIVAN, ESQ.          (SBN 136571)
3    RICHARD A. LOVICH, ESQ.       (SBN 113472)
     MICHAEL S. ROBINSON, ESQ.     (SBN 217190)
4    303 N. Glenoaks Blvd., Suite 700
5    Burbank, CA 91502

6    Telephone:  (818) 559-4477
7    Facsimile:   (818) 559-5484

8    Attorneys for Plaintiff
9    THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,  a public
     benefit corporation, on behalf of the University of California, San
10   Francisco Medical Center

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| 14  THE REGENTS OF THE | Case No.:    4:12-cv-00048-YGR |
|---|---|
| 15  UNIVERSITY OF CALIFORNIA, a public benefit corporation, on behalf of | Judge:   Yvonne Gonzalez Rogers |
| 16  the University of California, San Francisco Medical Center, | **[PROPOSED] ORDER** |
| 17   | **REGARDING PLAINTIFF'S** |
| 18              Plaintiff, | **REQUEST FOR TELEPHONIC** |
| 19         vs. | **APPEARANCE AT CASE** |
| 20   | **MANAGEMENT CONFERENCE** |
| 21  INTERNATIONAL MEDICAL | **AND VACATING CASE** |
| 22  GROUP, INC., an Indiana for-profit corporation; and DOES 1 THROUGH | **MANAGEMENT CONFERENCE** |
| 23  25, inclusive, | DATE:         September 10, 2012 |
|   | TIME:          2:00 p.m. |
| 24              Defendants. | PLACE:        Ronald V. Dellums Federal Building, 1301 Clay Street, #300, Oakland, CA  94612 |
| 25   | Trial Date: June 24, 2013 |

26
27
28

9975                                   - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

Plaintiff has filed a Request to Appear Telephonically at the Case Management Conference on September 10, 2012.  The Court has reviewed the updated Case Management Statement and is satisfied that no issues warrant a conference.  The Case Management Conference scheduled on September 10, 2012 is hereby **VACATED**.  Plaintiff's Request is therefore **MOOT**.

This Order terminates Dkt. No. 27.

IT IS SO ORDERED.

Dated:  August 31, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE