| | |
|---|---|
| 1 | STEPHENSON, ACQUISTO & COLMAN |
| 2 | MELANIE JOY YOUNG (STEPHENSON), ESQ. (SBN 113755) |
|   | BARRY SULLIVAN, ESQ.           (SBN 136571) |
| 3 | RICHARD A. LOVICH, ESQ.        (SBN 113472) |
| 4 | MICHAEL S. ROBINSON, ESQ.      (SBN 217190) |
|   | 303 N. Glenoaks Blvd., Suite 700 |
| 5 | Burbank, CA 91502 |

Telephone:  (818) 559-4477
Facsimile:   (818) 559-5484

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public benefit corporation, on behalf of the University of California, San Francisco Medical Center

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public benefit corporation, on behalf of the University of California, San Francisco Medical Center,<br><br>            Plaintiff,<br><br>     vs.<br><br>INTERNATIONAL MEDICAL GROUP, INC., an Indiana for-profit corporation; and DOES 1 THROUGH 25, inclusive,<br><br>            Defendants. | Case No.:   4:12-cv-00048-YGR<br><br>Judge:  Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>DATE:      September 10, 2012<br>TIME:       2:00 p.m.<br>PLACE:     Ronald V. Dellums Federal Building, 1301 Clay Street, #300, Oakland, CA  94612<br><br>Trial Date: June 24, 2013 |

## [PROPOSED] ORDER

Plaintiff has filed a Request to Appear Telephonically at the Case Management Conference on September 10, 2012. The Court has reviewed the updated Case Management Statement and is satisfied that no issues warrant a conference. The Case Management Conference scheduled on September 10, 2012 is hereby **VACATED**. Plaintiff's Request is therefore **MOOT**.

This Order terminates Dkt. No. 27.

IT IS SO ORDERED.

Dated: August 31, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE