# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public benefit corporation, on behalf of the University of California, San Francisco Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MEDICAL GROUP, INC., an Indiana for-profit corporation,<br><br>Defendant. | Case No.: 12-cv-00048 YGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR LIMITED EXTENSION OF NON-EXPERT DISCOVERY DEADLINE AND EXTENSION OF EXPERT DISCOVERY DEADLINES**<br><br>Complaint Filed: November 10, 2011<br><br>[Assigned to the Honorable Yvonne Gonzalez Rogers] |

The Court, having received and reviewed THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public benefit corporation, on behalf of the University of California, San Francisco Medical Center and INTERNATIONAL MEDICAL GROUP, INC.'s Stipulation For Limited Extension of Non-Expert Discovery Deadline and Extension of Expert Discovery Deadlines and good cause appearing therefrom, the Court GRANTS the stipulation and ORDERS as follows:

The non-expert discovery deadline is extended from December 31, 2012 to January 31, 2013 for the following limited purposes:

1)   UCSF further amending its responses to IMG's Request for Production, Set One, and producing documents in accord with those amended responses;

2)	The deposition of UCSF on the categories set forth in IMG's deposition notice served on December 7, 2012, with the categories subject to modification by IMG based on UCSF's further amended responses to IMG's Request for Production, Set One and documents produced in connection therewith, and pending UCSF's reservation of its rights to object to production of a deponent on such categories;

3)	IMG's service of responses to UCSF's Requests for Admission, Set One, Requests for Production, Set Two and Special Interrogatories, Set Two; and

4)	IMG's deposition of UCSF employee Angela Delgado.

The expert discovery deadlines shall be extended as follows:

1)	Expert disclosure is extended from January 4, 2013 to February 14, 2013;

2)	Rebuttal expert disclosure is extended from January 18, 2013 to February 28, 2013; and

3)	Expert discovery deadline is extended from March 1, 2013 to April 5, 2013.

<u>No other deadline is affected by this Order.</u>  Specifically, the deadline to *hear* dispositive motions remains on April 2, 2013.  The parties must comply with the Court's Standing Order in Civil Cases regarding summary judgment procedures.

This Order terminates Dkt. No. 29.

**IT IS SO ORDERED**.

DATED:   December 21, 2012

By: _____
HONORABLE YVONNE GONZALEZ ROGERS