UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>             Plaintiff,<br><br>       vs.<br><br>INTERNATIONAL MEDICAL GROUP, INC.,<br><br>             Defendant. | Case No.: C-12-00048-YGR<br><br>**ORDER REGARDING JOINT LETTER BRIEF (DKT. NO. 31)** |

The Court has reviewed the joint letter brief filed by the parties on January 23, 2013. (Dkt. No. 31.) The dispute concerns Defendant's Requests for Production of Documents, Set One ("Requests") and Notice of Deposition ("Deposition Notice").

As to the Requests, the Court hereby **ORDERS** as follows:

1. Plaintiff shall produce documents sufficient to show the categories of documents referenced in request nos. 3–6, 13–16 & 17.
2. Plaintiff shall produce documents responsive to request nos. 11–12 & 18.

As to the Deposition Notice, the Court **ORDERS** Plaintiff to produce a witness to testify on the topics set forth in the notice. The deposition is not to exceed six hours, exclusive of breaks.

Plaintiff's request for protective orders with regard to the Requests and Deposition Notice is **DENIED.**

This Order terminates Dkt. No. 31.

**IT IS SO ORDERED.**

Dated: January 29, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**