1  STEPHENSON, ACQUISTO & COLMAN
2  MELANIE JOY YOUNG (STEPHENSON), ESQ. (SBN 113755)
   BARRY SULLIVAN, ESQ.          (SBN 136571)
3  RICHARD A. LOVICH, ESQ.       (SBN 113472)
4  MICHAEL S. ROBINSON, ESQ.     (SBN 217190)
   303 N. Glenoaks Blvd., Suite 700
5  Burbank, CA 91502

6  Telephone:  (818) 559-4477
7  Facsimile:  (818) 559-5484

8  Attorneys for Plaintiff
9  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public benefit corporation, on behalf of the University of California, San
10 Francisco Medical Center

11              **UNITED STATES DISTRICT COURT**
12              **NORTHERN DISTRICT OF CALIFORNIA**
13

| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public benefit corporation, on behalf of the University of California, San Francisco Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL MEDICAL GROUP, INC., an Indiana for-profit corporation; and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No.:   3:12-cv-00048-JST<br><br>Judge:   Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT COMPLIANCE HEARING**<br><br>DATE:    June 26, 2013<br>TIME:    2:00 p.m.<br>PLACE:   Courtroom 9 |
|---|---|

9975 — - 1 - — [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT COMPLIANCE HEARING

## [PROPOSED] ORDER

Plaintiff's Request to Appear Telephonically at the Settlement Compliance Hearing on June 26, 2013, is hereby granted. Counsel shall immediately provide the courtroom deputy with a direct dial number at which counsel may be reached starting at 2:00 p.m. on June 26, 2013.

IT IS SO ORDERED.

Dated:  June 25, 2013          _____
                                JON S. TIGAR
                                UNITED STATES DISTRICT COURT JUDGE