```
 1  STEPHENSON, ACQUISTO & COLMAN
 2  MELANIE JOY YOUNG (STEPHENSON), ESQ. (SBN 113755)
    BARRY SULLIVAN, ESQ.          (SBN 136571)
 3  RICHARD A. LOVICH, ESQ.       (SBN 113472)
 4  MICHAEL S. ROBINSON, ESQ.     (SBN 217190)
    303 N. Glenoaks Blvd., Suite 700
 5  Burbank, CA 91502

 6  Telephone:  (818) 559-4477
 7  Facsimile:   (818) 559-5484

 8  Attorneys for Plaintiff
    THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public
 9  benefit corporation, on behalf of the University of California, San
10  Francisco Medical Center
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public benefit corporation, on behalf of the University of California, San Francisco Medical Center,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>INTERNATIONAL MEDICAL GROUP, INC., an Indiana for-profit corporation; and DOES 1 THROUGH 25, inclusive,<br><br>　　　　　Defendants. | Case No.:   3:12-cv-00048-JST<br><br>Judge:   Jon S. Tigar<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT COMPLIANCE HEARING<br><br>DATE:   June 26, 2013<br>TIME:   2:00 p.m.<br>PLACE:   Courtroom 9 |

1

**[PROPOSED] ORDER**

Plaintiff's Request to Appear Telephonically at the Settlement Compliance Hearing on June 26, 2013, is hereby granted. Counsel shall immediately provide the courtroom deputy with a direct dial number at which counsel may be reached starting at 2:00 p.m. on June 26, 2013.

IT IS SO ORDERED.

Dated: June 25, 2013               _____
                                    JON S. TIGAR
                                    UNITED STATES DISTRICT COURT JUDGE